

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00711-CV

**Richard J. Gonzales**

v.

**Robert Drake Terrell and Heritage Properties, LP**

NO. 2008-09906A IN THE 55TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 11/13/2014 | E-PAID | APE |
| SUPP CLK RECORD | $25.00 | 10/29/2014 | PAID | ANT |
| MT FEE | $10.00 | 10/09/2014 | E-PAID | ANT |
| CLK RECORD | $201.00 | 09/10/2014 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 09/02/2014 | E-PAID | ANT |
| FILING | $175.00 | 09/02/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $441.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this June 26, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**